

# NUMBERS 13-22-00440-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOSHUA POWELL,                                                    Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

### On appeal from the 347th District Court
### of Nueces County, Texas.

# ORDER

### Before Justices Benavides, Tijerina, and Peña
### Order Per Curiam

This cause is before the Court on appellant's motion to access state's exhibits six and seven. The court reporter was unable to make digital copies of state's exhibits number six and seven; therefore, the original state's exhibits number six and seven were provided to the Court.

Accordingly, appellant's motion is granted. Appellant's counsel should make

arrangements with the Clerk of the Court to view the original exhibits.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
15th day of February, 2023.